# Order

Michigan Supreme Court
Lansing, Michigan

September 24, 2012

Robert P. Young, Jr.,
Chief Justice

145317

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DOUGLAS WILLIAM JAMISON,
      Defendant-Appellant.

SC: 145317
COA: 303882
Bay CC: 09-010801-FH

_____/

On order of the Court, the application for leave to appeal the May 22, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012

_____
Clerk

t0917